# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LYNN CONYERS; TERASIE KING;
and DENARIUS WILLIAMS,**

    **Plaintiffs,**

vs.                                                                            **CASE NO.: 4:06-cv-021-SPM/AK**

**BARBER FERTILIZER CO., d/b/a
CAMBELLTON FARMS, a foreign
corporation doing business in
Florida,**

    **Defendant.**

_____/

## ORDER REMANDING CASE TO STATE COURT

**THIS CAUSE** comes before the Court upon the motion for remand filed by Plaintiffs (doc. 7) on January 26, 2006 and Defendant's response (doc. 10) filed February 8, 2006. Defendant concedes that remand is proper if none of the named plaintiffs is seeking in excess of $75,000 in damages. To confirm this fact, Plaintiffs filed a stipulation (doc. 11) certifying that each individual plaintiff will claim no more than $74,999.00 in damages. Based on this representation, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's motion to remand (doc. 7) is hereby *granted*.

2.    The clerk shall immediately take all steps necessary to effect the remand of this case to the Second Judicial Circuit in and for Gadsden County,

      Florida.

3.      All pending motions are *denied* as moot.

**DONE AND ORDERED** this <u>ninth</u> day of February, 2006.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge

/pao